AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | | |
|---|---|---|
| JEREMY GUSLOFF | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-662 |
| QUINCY BIOSCIENCE HOLDING COMPANY, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Jeremy Gusloff.

Date: 10/19/2021

/s/Aaron J. Bibb
*Attorney's signature*

Aaron J. Bibb, State Bar No. 1104662
*Printed name and bar number*

P.O. Box 2155
Madison, WI 53701-2155
*Address*

abibb@hq-law.com
*E-mail address*

(608) 257-0040
*Telephone number*

(608) 256-0236
*FAX number*