IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMY GUSLOFF,

    Plaintiff,

v.                                                                    Case No. 21-cv-662

QUINCY BIOSCIENCE HOLDING COMPANY, INC.

    Defendant.

---

## NOTICE OF APPEARANCE

---

**PLEASE TAKE NOTICE** that Lindner & Marsack, S.C., has been retained to represent the Defendant, Quincy Bioscience Holding Company, Inc., in the above-captioned matter. All correspondence, pleadings and other communications following the date of this Notice of Appearance relating to this matter should be forwarded to the attention of Attorney Sally A. Piefer at the address and email set forth below.

Dated at Milwaukee, Wisconsin this 9th day of November, 2021.

                                                **LINDNER & MARSACK, S.C.,**
                                                **Attorneys for Defendant**
                                                **Quincy Bioscience Holding Company, Inc.**

                                                */s/ Sally A. Piefer*
                                                Sally A. Piefer
                                                Wisconsin Bar No. 1023257

**LINDNER & MARSACK, S.C.**
411 E. Wisconsin Ave., Suite1800
Milwaukee, WI  53202-4498
Direct: 414-226-4818
Phone: 414-273-3910
Facsimile: 414-298-9873
spiefer@lindner-marsack.com