IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMY GUSLOFF,

    Plaintiff,

v.                                                    Case No. 21-cv-662

QUINCY BIOSCIENCE HOLDING COMPANY, INC.

    Defendant.

---

## STIPULATION TO EXTEND ANSWER DEADLINE

---

IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, through their respective attorneys, that:

The deadline by which Defendant Quincy Bioscience Holding Company, Inc. must file an answer and/or responsive pleading to the Complaint is extended through December 10, 2021.

Dated this 9th day of November, 2021

| **HAWKS QUINDEL, S.C.**<br>**Attorneys for Plaintiff** | **LINDNER & MARSACK, S.C.**<br>**Attorneys for Defendant** |
|---|---|
| */s/ David C. Zoeller*<br>David C. Zoeller, SBN 1052017<br>Aaron J. Bibb, SBN 1104662 | */s/ Sally A. Piefer*<br>Sally A. Piefer, SBN 1023257<br>Samantha J. Wood, SBN 1091367 |
| **HAWKS QUINDEL, S.C.**<br>P.O. Box 2155<br>Madison, WI 53701-2155<br>Phone: 608-257-0040<br>Fax: 608-256-0236<br>dzoeller@hq-law.com<br>abibb@hq-law.com | **LINDNER & MARSACK, S.C.**<br>411 E. Wisconsin Ave., Suite1800<br>Milwaukee, WI  53202-4498<br>Phone: 414-273-3910<br>Facsimile: 414-298-9873<br>spiefer@lindner-marsack.com<br>swood@lindner-marsack.com |

1