UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JEREMY GUSLOFF,

    Plaintiff,

v.                                              Case No. 21-cv-662

QUINCY BIOSCIENCE HOLDING COMPANY, INC.

    Defendant.

## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTEREST

I, the undersigned counsel of record for Quincy Bioscience Holding Company, Inc., make the following disclosure:

1.     Is said party a subsidiary or affiliate of a publicly owned corporation?

    ☐ YES    √ NO

If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

2.     Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

    ☐ YES    √ NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party:

Dated: December 10, 2021.

                                            **LINDNER & MARSACK, S.C.,**

*/s/ Sally A. Piefer*
Sally A. Piefer
Wisconsin Bar No. 1023257
**Attorneys for Quincy Bioscience Holding Company, Inc.**

**LINDNER & MARSACK, S.C.**
411 E. Wisconsin Ave., Suite1800
Milwaukee, WI 53202-4498
Direct: 414-226-4818
Phone: 414-273-3910
Facsimile: 414-298-9873
spiefer@lindner-marsack.com

2

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing as indicated below on:

David C. Zoeller
Aaron J. Bibb
Hawks Quindel, S.C.
P.O. Box 2155
Madison, WI 53701
Attorneys for Plaintiffs

✔ Electronic Filing via the CM/ECF System

☐ Fax and Mail: by faxing to the attorney at the fax number as stated above, which is the last-known fax number for the attorney's office, on the date set forth below; and by mailing a full, true and correct copy in a sealed envelope with postage prepaid thereon, addressed as stated above, which is the last known address of the attorney, and depositing it with the United States Postal Service at Milwaukee, Wisconsin, on the date set forth below.

☐ Email: by causing a full, true and correct copy thereof to be transmitted to the attorney in .pdf format via electronic correspondence to the attorney's last-known email address.

Signed: December 10, 2021.

**LINDNER & MARSACK, S.C.,**

*/s/ Sally A. Piefer*
Sally A. Piefer

3