IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**JEREMY GUSLOFF**,
individually and on behalf of
all those similarly situated,

          Plaintiff,

Case No. 21-cv-662-wmc

v.

**QUINCY BIOSCIENCE HOLDING COMPANY, INC.**,

          Defendant.

## JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

The parties, by their undersigned counsel, hereby respectfully ask the Court to issue an order (1) approving their proposed agreement settling this matter in full; (2) awarding $7,000 in attorney fees and costs to counsel for Plaintiff Jeremy Gusloff; and (3) dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), without further costs to either party. The reasons for this motion are provided in a supporting brief filed jointly by the parties.

Dated this 8th day of March, 2022.

          **HAWKS QUINDEL, S.C.**
*Attorneys for the Plaintiff*

By:   */s/David C. Zoeller*
David C. Zoeller, State Bar No. 1052017
Email: dzoeller@hq-law.com
Aaron J. Bibb, State Bar No. 1104662
Email: abibb@hq-law.com
Post Office Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236

**LINDNER & MARSACK, S.C.**
*Attorneys for the Defendant*

By:   */s/Sally A. Piefer*
Sally A. Piefer, State Bar No. 1023257
Email: spiefer@lindner-marsack.com
Samantha J. Wood, State Bar No. 1091367
Email: swood@lindner-marsack.com
411 E. Wisconsin Ave., Suite 1800
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3910
Facsimile: (414) 297-9873