IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**JEREMY GUSLOFF**,
individually and on behalf of
all those similarly situated,

        Plaintiff,

Case No. 21-cv-662-wmc

v.

**QUINCY BIOSCIENCE HOLDING COMPANY, INC.**,

        Defendant.

### ORDER GRANTING APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

The Court, having considered the parties' Joint Motion for Court Approval of Confidential Settlement and Dismissal with Prejudice, finds that the parties' proposed settlement agreement is fair, reasonable, and adequate.

ORDER

IT IS ORDERED that:

1) The parties' Joint Motion for Court Approval of Settlement Agreement and Dismissal with Prejudice is GRANTED.

2) Counsel for Plaintiff Jeremy Gusloff is AWARDED $7,000 in attorney fees and costs.

3) This lawsuit is DISMISSED with prejudice.

Entered this _____ day of _____, 2022.

                        BY THE COURT

                        _____
                        WILLIAM M. CONLEY
                        District Judge