IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**JEREMY GUSLOFF**,
individually and on behalf of
all those similarly situated,

                Plaintiff,

    v.

**QUINCY BIOSCIENCE HOLDING COMPANY, INC.**,

                Defendant.

Case No. 21-cv-662-wmc

---

### JOINT MOTION TO STRIKE SCHEDULE

---

The parties, by their undersigned counsel, hereby respectfully ask the Court to issue an order striking the schedule in this matter as the Court considers the parties' joint motion to approve their proposed settlement agreement.

Dated this 8th day of March, 2022.

                **HAWKS QUINDEL, S.C.**
                *Attorneys for the Plaintiff*

                By:   */s/David C. Zoeller*
                David C. Zoeller, State Bar No. 1052017
                Email: dzoeller@hq-law.com
                Aaron J. Bibb, State Bar No. 1104662
                Email: abibb@hq-law.com
                Post Office Box 2155
                Madison, Wisconsin 53701-2155
                Telephone: (608) 257-0040
                Facsimile: (608) 256-0236

**LINDNER & MARSACK, S.C.**
*Attorneys for the Defendant*

By:   */s/Sally A. Piefer*
Sally A. Piefer, State Bar No. 1023257
Email: spiefer@lindner-marsack.com
Samantha J. Wood, State Bar No. 1091367
Email: swood@lindner-marsack.com
411 E. Wisconsin Ave., Suite 1800
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3910
Facsimile: (414) 297-9873

2